**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

JOSEPH C. KRASNER,

    Plaintiff,                                      Case No:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____ /

## **DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1441(a) and §1446, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, hereby gives notice of the removal of the above-styled case from the State Court of the Seventeenth Judicial Circuit in and for Broward County to the Fort Lauderdale Division of the United States District Court for the Southern District of Florida and as grounds would show the following:

    1.    On or about March 9, 2018, the above-styled action was filed in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida and is now pending in that Court proceeding under Case No:  CACE-18-005668 Division 14. Thereafter, summons was received by the Chief Financial Officer of the State of Florida and was served to Defendant on March 19, 2018. See Plaintiff's Complaint attached hereto as Composite Exhibit "A."  See Summons attached hereto as Exhibit "B."

    2.    True and legible copies of all process, pleadings, orders and papers served on State Farm in the above-styled action or on file in the State Court are attached to this

Notice of Removal as Composite Exhibit "C" pursuant to 28 U.S.C. §1446(a) and pursuant to the Southern District Local Rule 7.2, *as revised in December 2017*.

3. At all material times, the Plaintiff, Joseph C. Krasner, is a resident of Miami in Miami-Dade County in the State of Florida. See Exhibit "A" at paragraph 4.

4. At all material times, the Defendant, State Farm Mutual Automobile Insurance Company, was and is a company organized and incorporated in the State of Illinois maintaining its principal place of business in the State of Illinois. As such, there is diversity of citizenship. See Division of Corporation Records attached hereto as Composite Exhibit "D"

5. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. At issue is the underinsured motorist claim brought by the Plaintiff against State Farm, his carrier. On or about March 6, 2017, Plaintiff filed a Civil Remedy Notice claiming immediate and severe pain (following the accident) requiring a major spine surgery just weeks after the crash. The Plaintiff also claimed that he could "barely walk" due to the severity of the spinal injury. See March 6, 2017 Civil Remedy Notice attached hereto as Composite Exhibit "E."

6. On or about March 8, 2017, Plaintiff sent a demand letter summarizing the extensive injuries and medical treatment required by the Plaintiff. Settlement was requested in the amount of $310,000.00. As such, it is clear that the amount in controversy exceeds $75,000.00. See March 8, 2017 correspondence attached hereto as Composite Exhibit "F."

7. The United States District Court for the Southern District of Florida – Fort Lauderdale Division is the district in which the State Court action was filed. Removal to

this Court is proper under 28 U.S.C. §§ 1332, 1441 and 1446 because this Court has diversity jurisdiction.

8. Defendant State Farm Mutual Automobile Insurance Company is concurrently filing a copy of this notice with the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida as required by 28 U.S.C. §1441(d).

Respectfully Submitted this 11TH day of April, 2018.

> PETERSON BERNARD
> 707 S.E. 3rd Avenue; Suite 500
> Fort Lauderdale, FL 33316
> TEL:   (954) 763-3200
> FAX:   (954) 728-9019
> Florida Bar No. 293156
>
> By  /s/ William M. Martin
> WILLIAM M. MARTIN
> Attorney for State Farm
> bill.martin@petersonbernard.com
> cyndi.ruggere@petersonbernard.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by E-Filing Portal to Julia N. Dolman, Esquire pleadings@dolmanlaw.com Dolman Law Group, 800 N. Belcher Road; Clearwater, FL 33765 (727) 451-6900; on this 11TH day of April, 2018.

> By  /s/ William M. Martin
>     WILLIAM M. MARTIN

WMM/abt
7106.15645