EXHIBIT C

Case Number: CACE-18-005668 Division: 14

Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.      CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Joseph C Krasner</u>
Plaintiff
                vs.
<u>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY</u>
Defendant

**II.      TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☒ Auto negligence
- ☐ Negligence – other
  - ☐   Business governance
  - ☐   Business torts
  - ☐   Environmental/Toxic tort
  - ☐   Third party indemnification
  - ☐   Construction defect
  - ☐   Mass tort
  - ☐   Negligent security
  - ☐   Nursing home negligence
  - ☐   Premises liability – commercial
  - ☐   Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐   Commercial foreclosure $0 - $50,000
  - ☐   Commercial foreclosure $50,001 - $249,999
  - ☐   Commercial foreclosure $250,000 or more
  - ☐   Homestead residential foreclosure $0 – 50,000
  - ☐   Homestead residential foreclosure $50,001 - $249,999
  - ☐   Homestead residential foreclosure $250,000 or more
  - ☐   Non-homestead residential foreclosure $0 - $50,000
  - ☐   Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐   Malpractice – business
  - ☐   Malpractice – medical
  - ☐   Malpractice – other professional
- ☐ Other
  - ☐   Antitrust/Trade Regulation
  - ☐   Business Transaction
  - ☐   Circuit Civil - Not Applicable
  - ☐   Constitutional challenge-statute or ordinance
  - ☐   Constitutional challenge-proposed amendment
  - ☐   Corporate Trusts
  - ☐   Discrimination-employment or other
  - ☐   Insurance claims
  - ☐   Intellectual property
  - ☐   Libel/Slander
  - ☐   Shareholder derivative action
  - ☐   Securities litigation
  - ☐   Trade secrets
  - ☐   Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV.    **NUMBER OF CAUSES OF ACTION:** (   )
(Specify)

<u>1</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Julia Nicole Dolman</u>    FL Bar No.: <u>106505</u>
    Attorney or party                               (Bar number, if attorney)

<u>Julia Nicole Dolman   03/09/2018</u>
    (Type or print name)                        Date

Case Number: CACE-18-005668 Division: 14
Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION**

JOSEPH C. KRASNER,

      Plaintiff,                           Case No.:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

                             /

## SUMMONS

THE STATE OF FLORIDA:

YOU ARE COMMANDED to serve this summons, a copy of the Complaint and attached discovery in the above-styled cause upon Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, at the registered agent listed below:

      STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
      c/o Florida Chief Financial Officer as Registered Agent
      200 E. Gaines Street
      Tallahassee, FL 32399

The Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, whose name and address is:

**JULIA N. DOLMAN, ESQUIRE
DOLMAN LAW GROUP**
800 N. BELCHER ROAD, CLEARWATER, FL 33765
Rule 2.156 e-mail pleadings@dolmanlaw.com
Telephone: (727) 451-6900, Facsimile: (727) 451-6907

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court on this ____  .     MAR 19 2018

                CLERK OF CIRCUIT COURT

                BY _____

(Court Seal)           Deputy Clerk

                                     BRENDA D. FORMAN

Case Number: CACE-18-005668 Division: 14

Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

JOSEPH C. KRASNER,

                                    Case No.:

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

                               /

## APPLICATION FOR AUTHORIZATION OF FEE DIVISION

Pursuant to the provisions of Paragraph 4-1.5(F)(4)(d)3 of the Rules of Professional Conduct of the Florida Bar, Julia N. Dolman, Esq., of Dolman Law Group and Brent F. Sibley, Esq, of Sibley Law. P.A., both members of the Florida Bar, hereby apply to this Honorable Court for authorization of the fee division regarding the above captioned Plaintiff, JOSEPH C. KRASNER. In support of this application, the undersigned attorneys state:

1. The undersigned attorneys represent that they have entered into a co-counsel relationship for the purpose of representing the Plaintiff.

2. Attorney Brent F. Sibley, Esq, has represented the Plaintiff since the opening of the file. Both, Brent F. Sibley, Esq and Julia N. Dolman, Esq., have now assumed responsibility for handling the Plaintiff's claim.

3. The undersigned attorneys entered into the contingent fee agreement with the Plaintiff providing for a co-counsel relationship for purposes of pursuing an action for damages for personal injuries sustained by the client on July 18, 2016. The association of the undersigned attorneys as co-counsel for the Plaintiff would be in the best interest of the Plaintiff because of the expertise and experience of the undersigned attorneys.

4. It is anticipated that each firm will provide substantial work on the litigation of the present action as well as communications with the Plaintiff.

5. The Contingent Fee Contract entered into between the Plaintiff and the undersigned attorneys provides that the attorneys will divide any Attorney's fees equally, and such a fee division is satisfactory to, and approved, by the Plaintiff.

WHEREFORE, the undersigned attorneys respectfully request this Honorable Court to authorize a 50% - 50% attorneys' fee division between Julia N. Dolman, Esq., of Dolman Law Group, and Brent F. Sibley, Esq. of Sibley Law. P.A.

_____    _____
Brent F. SibleyEsq, Esq                    Julia N. Dolman, Esquire
FBN: 0059510                           FBN: 106505

STATE OF FLORIDA      )        STATE OF FLORIDA      )
COUNTY OF Pinellas      ) ss.    COUNTY OF Pinellas      ) ss.

Sworn to and subscribed before me this   Sworn to and subscribed before me this
9th day of March, 2018            _____ day of _____,
2018.                        2018.

Personally   Known   _____✓_____   OR   Produced      Personally   Known   _____✓_____   OR   Produced
Identification _____                     Identification _____

_____                                            _____
NOTARY PUBLIC                                                          NOTARY PUBLIC
My Commission Expires:                                             My Commission Expires:

BRITTANY FLORIO
MY COMMISSION # GG 158348
EXPIRES: November 14, 2021
Bonded Thru Notary Public Underwriters

BRITTANY FLORIO
MY COMMISSION # GG 158348
EXPIRES: November 14, 2021
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic mail by eFile Made Easy on this _27_ day of February, 2018 to: Brent F. Sibley, Esq., 20807 Biscayne Blvd | Suite 100, Aventura, FL 33180; and via U.S. Mail to Joseph C. Krasner, 21001 NE 24th Ct, Miami, FL, 33180.

JULIA N. DOLMAN, ESQUIRE
FBN: 106505
MATTHEW A. DOLMAN, ESQUIRE
FBN: 0729221 SPN: 02964416
**DOLMAN LAW GROUP**
800 N. Belcher Road
Clearwater, FL, 33765

Telephone:          (727) 451-6900

Facsimile:          (727) 451-6907
Rule 2.156 Email: pleadings@dolmanlaw.com
*Attorneys for Plaintiff*

Case Number: CACE-18-005668 Division: 14
Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION**

JOSEPH C. KRASNER,

      Plaintiff,                      Case No.:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## COMPLAINT

**COME NOW** Plaintiff, JOSEPH C. KRASNER, by and through his undersigned attorneys

and hereby sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

and alleges as follows:

    1.      This is an action for damages which exceeds Fifteen Thousand ($15,000.00) Dollars.

    2.      The Seventeenth Seventeenth Judicial Circuit Court has venue pursuant to Florida

Statutes, Section 47.011 because the cause of action accrued in Broward County, Florida

    3.      The Seventeenth Seventeenth Judicial Circuit Court has personal jurisdiction over

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, pursuant to

Florida Statutes, Section 48.193 because they were operating, conducting, engaging in, or carrying

on a business or business venture in the State of Florida and/or contracting to insure any person,

property or risk located within the State of Florida.

    4.      At all material times, Plaintiff, JOSEPH C. KRASNER, resided in Miami, Miami-

Dade County, Florida.

    5.      Plaintiff, JOSEPH C. KRASNER, has otherwise complied with all conditions

precedent to the bringing of this lawsuit.

6.      At all material times, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was a foreign corporation licensed to and doing business in Florida.

7.      On or about July 18, 2016, on E. Hallandale Beach Blvd., at or near the intersection of N. Federal Highway, Broward County, Florida, an underinsured/uninsured tortfeasor carelessly operated his/her vehicle by colliding into the vehicle operated by JOSEPH C. KRASNER, causing Plaintiff, JOSEPH C. KRASNER, to suffer serious and permanent injury.

8.      As a direct and proximate result of the conduct of the underinsured/uninsured tortfeasor, Plaintiff, JOSEPH C. KRASNER, has been caused to sustain injuries and the following past and future damages:

       a.      Bodily injury;
       b.      great physical pain and suffering;
       c.      disability and inability and loss of capacity to lead and enjoy a normal life;
       d.      inconvenience;
       e.      disfigurement and scarring;
       f.      mental anguish;
       g.      loss of or diminution of earnings or earning    capacity;
       h.      permanent injury within a reasonable degree of medical probability;
       i.      medical and related expenses, past and future, incurred in seeking a cure for injuries; and
       j.      loss of earning and/or earning capacity.

9.      At all material times the tortfeasor and the tortfeasor vehicle were underinsured/uninsured by bodily injury liability insurance coverage.

10.      Plaintiff, JOSEPH C. KRASNER, was covered under a contract of automobile insurance by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, which policies included underinsured/uninsured motorist coverage. *A copy of which is attached hereto as Exhibit "A".*

11.     The contract of insurance provides for underinsured/uninsured motorist coverage for the Plaintiff, JOSEPH C. KRASNER, for bodily injuries and losses sustained as result of an underinsured/uninsured tortfeasor.

12.     Plaintiff, JOSEPH C. KRASNER, is entitled to benefits under such underinsured/uninsured motorist coverage with Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

WHEREFORE, Plaintiff, JOSEPH C. KRASNER, demandss a trial by jury and a judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for an amount within the jurisdictional limits of this Court, to-wit:   More than Fifteen Thousand ($15,000.00) Dollars, and for such other relief to which the Plaintiff may be justly entitled.

DATED this 9 day of ~~February~~, March 2018.

JULIA N. DOLMAN, ESQUIRE
FBN: 106505
MATTHEW A. DOLMAN, ESQUIRE
FBN: 0729221 / SPN: 02964416
**DOLMAN LAW GROUP**
800 N. Belcher Road
Clearwater, FL 33765
Telephone:     (727) 451-6900
Facsimile:     (727) 451-6907
Rule 2.156 Email: pleadings@dolmanlaw.com
*Attorneys for Plaintiff*

Exhibit **A**

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm®**

February 20, 2018

Dolman Law Group                          **State Farm Claims**
800 N Belcher Rd Ste 100                   PO Box 106171
Clearwater FL 33765-2102                   Atlanta GA 30348-6171

RE:   Claim Number:     59-0552-2Q3
      Date of Loss:     July 18, 2016
      Our Insured:      Silvia Krasner
      Your Client:      Joseph C Krasner

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in
accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number
830877659D on the below listed vehicle for the above date of loss.

**Year:** 2015   **Make/Model: LEXUS RX 350**

**Vehicle Id Number: 2T2ZK1BA9FC202360**

The name of the insurer:     State Farm Mutual Automobile Insurance Company

Named Insured(s):     Eva Ashwal
                      Silvia Krasner

Coverages:   A 100/300/50,P10,D500,G500,H,R1 80%/1000,U 100/300

             A/B - BI/PD Liability (BI per person/BI per accident/PD)
             P - Personal Injury Coverage
             C - Medical Payments Coverage
             D - Comprehensive
             G - Collision
             H - Emergency Road Service
             R - Rental Coverage
             U - Uninsured Motorist - Stacking
             U3 - Uninsured Motorist - Non-Stacking
             S - Death, Dismemberment and Loss of Sight

59-0552-2Q3
Page 2
February 20, 2018

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Jennifer Mannix at (844) 292-8615 Ext. 8633183140.

Sincerely,


Jennifer Mannix
Claim Specialist
(844) 292-8615 Ext. 8633183140
Fax:    (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



February 20, 2018

Dolman Law Group
800 N Belcher Rd Ste 100
Clearwater FL 33765-2102

State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

RE:   Claim Number:    59-0552-2Q3
      Date of Loss:     July 18, 2016
      Our Insured:      Silvia Krasner
      Your Client:      Joseph C Krasner

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in
accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro
Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number
830877559D on the below listed vehicle for the above date of loss.

**Year:** 2014   **Make/Model: LEXUS RX 350**

**Vehicle Id Number: 2T2ZK1BA4EC133222**

The name of the insurer:     State Farm Mutual Automobile Insurance Company

Named Insured(s):   Eva Ashwal

Coverages:   A 100/300/50,P10,D500,G500,H,R1 80%/1000,U 100/300

           A/B - BI/PD Liability (BI per person/BI per accident/PD)
           P - Personal Injury Coverage
           C - Medical Payments Coverage
           D - Comprehensive
           G - Collision
           H - Emergency Road Service
           R - Rental Coverage
           U - Uninsured Motorist - Stacking
           U3 - Uninsured Motorist - Non-Stacking
           S - Death, Dismemberment and Loss of Sight

59-0552-2Q3
Page 2
February 20, 2018

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Jennifer Mannix at (844) 292-8615 Ext. 8633183140.

Sincerely,

Jennifer Mannix
Claim Specialist
(844) 292-8615 Ext. 8633183140
Fax:    (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



February 20, 2018

Dolman Law Group
800 N Belcher Rd Ste 100
Clearwater FL 33765-2102

State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

RE:   Claim Number:    59-0552-2Q3
      Date of Loss:     July 18, 2016
      Our Insured:      Silvia Krasner
      Your Client:      Joseph C Krasner

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number 830877359E on the below listed vehicle for the above date of loss.

**Year:** 2016   **Make/Model: Chevrolet TAHOE**

**Vehicle Id Number: 1GNSCBKC4GR394490**

The name of the insurer:     State Farm Mutual Automobile Insurance Company

Named Insured(s):   Silvia Krasner

Coverages:   A 100/300/50,P10,D500,G500,H,R1 80%/1000,U 100/300

A/B - BI/PD Liability (BI per person/BI per accident/PD)
P - Personal Injury Coverage
C - Medical Payments Coverage
D - Comprehensive
G - Collision
H - Emergency Road Service
R - Rental Coverage
U - Uninsured Motorist - Stacking
U3 - Uninsured Motorist - Non-Stacking
S - Death, Dismemberment and Loss of Sight

59-0552-2Q3
Page 2
February 20, 2018

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Jennifer Mannix at (844) 292-8615 Ext. 8633183140.

Sincerely,


Jennifer Mannix
Claim Specialist
(844) 292-8615 Ext. 8633183140
Fax:   (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**

February 20, 2018

Dolman Law Group
800 N Belcher Rd Ste 100
Clearwater FL  33765-2102

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

RE:   Claim Number:    59-0552-2Q3
      Date of Loss:    July 18, 2016
      Our Insured:     Silvia Krasner
      Your Client:     Joseph C Krasner

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number 941450959C on the below listed vehicle for the above date of loss.

   **Year:** 2016   **Make/Model: DODGE CHALLENGER**

   **Vehicle Id Number: 2C3CDZBT0GH193340**

   The name of the insurer:     State Farm Mutual Automobile Insurance Company

   Named Insured(s):   Silvia Krasner

   Coverages:   A 100/300/50,P10,D500,G500,H,R1 80%/1000,U 10/20

            A/B - BI/PD Liability (BI per person/BI per accident/PD)
            P - Personal Injury Coverage
            C - Medical Payments Coverage
            D - Comprehensive
            G - Collision
            H - Emergency Road Service
            R - Rental Coverage
            U - Uninsured Motorist - Stacking
            U3 - Uninsured Motorist - Non-Stacking
            S - Death, Dismemberment and Loss of Sight

59-0552-2Q3
Page 2
February 20, 2018


The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:
None

Umbrella or excess insurance known to the Company at this time:
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Jennifer Mannix at (844) 292-8615 Ext. 8633183140.

Sincerely,


Jennifer Mannix
Claim Specialist
(844) 292-8615 Ext. 8633183140
Fax:    (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.

Filing # 70440346 E-Filed 04/09/2018 03:34:36 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION**

JOSEPH C. KRASNER,

      Plaintiff,                                 Case No:    CACE-18-005668
                                                          DIV 14

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES**

      COMES NOW, the Defendant, STATE FARM MUTUAL AUTOMOBILE

INSURANCE COMPANY, by and through their undersigned attorney, and file this

Answer to the Plaintiff's Complaint as follows:

      1.    This Defendant admits the allegations contained in paragraph 6 of the

Plaintiff's Complaint.

      2.    The allegations contained in paragraphs 1, 2, 3, 5, 7, 8, 9, 11 and 12 of

the Plaintiff's Complaint are denied and strict proof is demanded thereof.

      3.    This Defendant is without knowledge regarding the allegations in

Paragraph 4.

      4.    As to paragraph 10 of the Plaintiff's Complaint, there was no policy

attached.  Defendant admits only that the Plaintiff was insured by State Farm Mutual

Automobile Insurance Company for underinsured / uninsured motorist coverage, subject

to policy terms, conditions, limitations and exclusions.

## AFFIRMATIVE DEFENSES

1.      As and for a First Affirmative Defense, Plaintiff was himself negligent and such negligence was the sole and/or proximate cause of Plaintiff's alleged loss and damages.   Accordingly, Plaintiff is barred from recovery, or alternatively, Plaintiff's damages, if any, must be reduced in accordance with the doctrine of comparative negligence, including, but not limited to Florida Statute §768.81.

2.      As and for a Second Affirmative Defense, Plaintiff's damages and claims must be reduced by collateral sources pursuant to applicable Florida Statutes, including but not limited to Florida Statute §627.736, §727.7372 and §768.76.   Any damages awarded to Plaintiff must be reduced by a sum equal to the total benefits paid or payable to Plaintiff from all collateral sources.

3.      As and for a Third Affirmative Defense, any damages sustained by the Plaintiff were caused by acts or omissions of third parties outside the control of these Defendants and for whose acts and omissions these Defendants are not responsible.  The identity of said non-parties with responsibility is to be discovered, and these Defendants will ask the Court to list them on the verdict form so the jury can apportion their responsibility pursuant to *Fabre v. Marin* at trial.

4.      As and for a Fourth Affirmative Defense, Defendants state that the Plaintiff failed to use available and fully operational seatbelts which if used would have prevented or lessened the Plaintiff's alleged injuries and Plaintiff's damages, if any, should therefore be reduced by the percentage which would have been prevented had the Plaintiff worn their seatbelts.

5.      As and for a Fifth Affirmative Defense, Plaintiff failed to mitigate his damages, and these Defendants are not responsible to the extent that Plaintiff failed to mitigate said damages.

6.      As and for a Sixth Affirmative Defense, any injuries to Plaintiff were from a pre-existing condition, for which these Defendants are not liable.

7.      As and for a Seventh Affirmative Defense, these Defendants are entitled to a set-off for the amount of medical bills that were written off by medical providers who examined and/or treated the Plaintiff pursuant to the Plaintiff's contracts with any health insurance/maintenance organizations, *Goble v. Frohman*, 901 So.2d 830 (Fla. 2005), and/or reduced upon the Plaintiff's acceptance of payments from Medicare and/or Medicaid, *Thyssenkrupp Elevator Corp. v. Lasky*, 868 So.2d 547 (Fla. 4th DCA 2003).

8.      As and for an Eighth Affirmative Defense, Plaintiff has failed to meet the threshold requirements pursuant to Florida Statutes and the Complaint thus fails to state a cause of action.

WHEREFORE, the Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY respectfully requests that this Court grant judgment in its favor, together with costs and such other and further relief as this Court deems just.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury of all issues so triable as a matter of right.

Defendants demand trial by jury of all issues so triable as a matter of right.

*CERTIFICATE OF SERVICE ON NEXT PAGE*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

by E-Filing Portal to Julia N. Dolman, Esquire pleadings@dolmanlaw.com Dolman Law

Group, 800 N. Belcher Road; Clearwater, FL 33765 (727) 451-6900; on this 9TH day of

April, 2018

By /s/ William M. Martin
WILLIAM M. MARTIN
Florida Bar # 293156
PETERSON BERNARD
Attorneys for Defendant State Farm
707 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316
(954) 763-3200
(954) 728-9019 facsimile
bill.martin@petersonbernard.com
cyndi.ruggere@petersonbernard.com

WMM/abt
7106.15645
ANS & AFF DEF 01

Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA
## CIVIL DIVISION

JOSEPH C. KRASNER,

      Plaintiff,                             Case No.:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendants.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO
### DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiff, JOSEPH C. KRASNER, by and through the undersigned counsel and pursuant

to Rule 1.340, Florida Rules of Civil Procedure, hereby files notice of serving the attached

Interrogatories to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, to be answered under oath by Defendant, to whom they are directed, and in writing

within forty-five days from receipt hereof.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided
via service of process with the Summons and Complaint.

                                 _J. Dolman_

                                 JULIA N. DOLMAN, ESQUIRE
                                 FBN: 106505
                                 MATTHEW A. DOLMAN, ESQUIRE
                                 FBN: 0729221 / SPN: 02964416
                                 **DOLMAN LAW GROUP**
                                 800 N. Belcher Road
                                 Clearwater, FL 33765
                                 Telephone:    (727) 451-6900
                                 Facsimile:     (727) 451-6907
                                 Rule 2.156 Email: pleadings@dolmanlaw.com
                                 *Attorneys for Plaintiff*

Case Number: CACE-18-005608 Division: 14

Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION**

JOSEPH C. KRASNER,

     Plaintiff,                              Case No.:

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S REQUEST TO PRODUCE TO DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiff, JOSEPH C. KRASNER, by and through the undersigned counsel, and pursuant to Rule 1.350, Florida Rules of Civil Procedure, hereby request the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, to produce for inspection and/or copying at the offices of DOLMAN LAW GROUP, 800 N. Belcher Road, Clearwater, Florida 33765, within forty-five (45) days from the date of service herein, the items attached hereto and incorporated herein by reference.

Plaintiff would state that the below items are relevant to the subject matter of the pending litigation; the Plaintiff has need of the material in preparation of the case, and the Plaintiff is unable to obtain the substantial equivalent by other means without undue hardship. Plaintiff does not request the mental impressions, conclusions, opinions or legal theories of the Defendant's attorney or other representative of the Defendant concerning this litigation.

The foregoing Request to Produce is made pursuant to the Florida Rules of Civil Procedure. All documents requested shall be produced at the time and place aforesaid.

However, in the event you assert a claim of privilege to the production of a documents, please

note that Rule 1.280(b)(5), <u>Fla.R.Civ.P</u>., provides:

***Claims of Privilege or Protection of Trial Preparation Materials.*** When a party withholds
information otherwise discoverable under these rules by claiming that it is privileged or subject
to protection as trial material, the party shall make the claim expressly and shall describe the
nature of the documents, communications, or things not produced or disclosed in a manner that,
without revealing information itself privileged or protected, will enable other parties to assess the
applicability of the privilege or protection.

<h2 style="text-align:center;"><u>CERTIFICATE OF SERVICE</u></h2>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided

via service of process with the Summons and Complaint.

JULIA N. DOLMAN, ESQUIRE
FBN: 106505
MATTHEW A. DOLMAN, ESQUIRE
FBN: 0729221 / SPN:  02964416
**DOLMAN LAW GROUP**
800 N. Belcher Road
Clearwater, FL  33765
Telephone:     (727) 451-6900
Facsimile:      (727) 451-6907
Rule 2.156 Email:  pleadings@dolmanlaw.com
*Attorneys for Plaintiff(s)*

[2]

## DEFINITIONS

The term "document" or "documents" is intended to include all written or graphic material, however produced or reproduced, of every kind and description, including, but not limited to, the original and any copy, regardless of origin or location, of any books, pamphlets, periodicals, letters, memoranda, telegrams, reports, records, studies, handwritten notes, maps, drawings, working papers, charts, papers, graphs, indexes, tapes, data sheets, data-processing cards, computer print-outs, email, electronic record, computer maintained data, computer generated data, photographs, video, movies or any other written, recorded, transcribed, punched, taped, filmed, photographic or graphic matter, however produced or reproduced, to which you have or have had any access.

This definition includes all documents in your actual or constructive possession, custody or control, or in the possession, custody or control of your employer, attorneys or agents. If any document was, but is no longer, in your possession or subject to your control or was known to you, but is no longer in existence, state whether it:

1.    Is missing or lost;

2.    Has been destroyed;

3.    Has been transferred, voluntarily or involuntarily, to others; or

4.    Has been otherwise disposed of and, in such instance, explain in detail the circumstances surrounding the authorization for such disposition and state the date or approximate date thereof.

Any documents that are withheld as work product or privileged shall be identified as such, and the reason for their classification explained in each case. If you object to answering any part of a request for production, please specify the part to which you object, and answer the remainder.

## REQUESTS

1.    A certified copy of the automobile insurance policy(ies) issued to and/or insuring JOSEPH C. KRASNER (including declaration sheets).

2.    Any and all photographs, movies, slides, surveillance, etc. (please provide color reproductions) taken of JOSEPH C. KRASNER, which defense counsel has knowledge of or has requested or were taken by agent, representative, or any other person on behalf of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY or STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S attorney.

3.    Any and all photographs, movies, slides of JOSEPH C. KRASNER, any Defendant, the scene of the accident, and/or any other vehicles involved in the subject Complaint.

4.    Any and all statements given by JOSEPH C. KRASNER, to any agent, representative, friend or attorney of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

[3]

5.    Any and all statements given by any Defendant to any agent, representative, friend or attorney of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

6.    Any and all photographs (please provide color reproductions) that were taken at or near the scene of the accident referred to in the Complaint herein which either depicts or may depict any marks/markings, damage/damages or any other conditions which either no longer exist, or probably no longer exist, at said scene.

7.    Any and all photographs (please provide color reproductions) of the motor vehicles being operated or occupied by JOSEPH C. KRASNER, at the time and place of the accident described in the Complaint which either depict or may depict any marks and markings, damage and damages or any other conditions on, in, or to the said motor vehicles that were a consequence of the said accidents which either no longer or probably no longer exist.

8.    Any and all appraisals, estimates, reports of examination or other documents that describe or refer in any way to the nature and extent of the damage to the motor vehicle which was being operated or occupied by JOSEPH C. KRASNER, at the time and place referred to in the Complaint which occurred as a result of the said accident, which said damages and conditions have been either subsequently repaired or corrected and no longer exist.

9.    Any and all photographs (please provide color reproductions) of any Defendant vehicles involved in the subject accident which either depict, or may depict, any marks and markings, damage and damages or any other conditions on, in, or to the said motor vehicles that were a consequence of the said accidents which either no longer exist, or probably no longer exist.

10.   Any and all appraisals, estimates, reports of examination or other documents that describe or refer in any way to the nature and extent of damage to any Defendant vehicles involved in the subject accident which occurred as a result of the said accident which said damages and conditions have either subsequently been repaired or corrected or no longer exist.

[4]

Filing # 69076466 E-Filed 03/09/2018 04:22:02 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**
**CIVIL DIVISION**

JOSEPH C. KRASNER,

        Plaintiff,

Case No.:

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

               /

## ORDER AUTHORIZING DIVISION OF ATTORNEYS' FEES

THIS CAUSE having come before the Court for authorization, pursuant to Paragraph 4-1.5(F)(4)(d)3 of the Rules of Professional Conduct of the Florida Bar, to divide the fee for representation of the Plaintiff on a 50% - 50% basis. The Court having considered the application and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Application for Authorization of Fee Division is hereby granted and that Julia N. Dolman, Esquire of Dolman Law Group and Brent F. Sibley, Esq, of Sibley Law. P.A. are hereby authorized to divide the attorneys' fees in this matter on a 50% - 50% basis.

DONE and ORDERED in Chambers, in Broward County, Florida, this _____ day of _____, 2018.

_____
The Honorable
Circuit Court Judge

Copies Furnished to:

Julia N. Dolman, Esq.
Brent F. Sibley, Esq.
Joseph C. Krasner